IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 2 4 2008
J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:07cr25DCB-LRA

DREXLER JOHNSON

### AGREED PRELIMINARY ORDER OF FORFEITURE

PURSUANT to a separate Memorandum of Understanding between the defendant, **Drexler Johnson**, by and with the consent of his attorney, and the UNITED STATES OF AMERICA (hereafter "the Government"), the Court finds as follows:

1. The defendant is fully aware of the consequences of his having agreed to forfeit to the Government his interests in the property described below, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of such consequences, entered into said Memorandum of Understanding with the Government to forfeit such property.

2. The defendant agrees that the property described below constitutes, or was derived from proceeds that the said defendant obtained, directly or indirectly, as a result of the offense charged in the Bill of Information and/or it is property that the defendant used to commit, or to facilitate the commission of, the offense charged in the Bill of Information. Further, the crime charged in the Bill of Information is stealing a firearm from a licensed dealer, in violation of Title 18, United States Code, Section 924(m), a crime punishable by more than one year's imprisonment. Such property is, therefore, subject to forfeiture pursuant to Title 21, United States Code, Section 853.

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

1.  All of the right, title, and interests of the defendant, **Drexler Johnson,** in and to the following property is hereby forfeited to the UNITED STATES OF AMERICA:

**PERSONAL PROPERTY**

(1) All ammunition;
(2) CZ pistol, model 85B, serial number G3721;
(3) Walther pistol, model P1, 9mm, serial number 460989;
(4) Ruger pistol, model P94, 40 caliber, serial number 341-55385;
(5) Walther pistol, model P1, 9mm, serial number 039751;
(6) Steyr pistol, model M40-A1, .40 caliber, serial number 047368;
(7) Keltec pistol, Model P-11, 9mm, serial number A9951;
(8) Keltec pistol, model P-32, .32 caliber, serial number C5695;
(9) Phoenix Arms pistol, model HP25A, .25 caliber, serial number 4290375;
(10) Phoenix Arms pistol, model HP25A, .25 caliber, serial number 4290376;
(11) Heritage revolver, model Rough Rider, .22 caliber, serial number F16131;
(12) Uberti Aldo revolver, model SS Cattleman, .45 caliber, serial number J86511;
(13) Walther pistol, model P22, .22 caliber, serial number L192929;
(14) Romarm rifle, model WASR 10-63, serial number BX-1091-88RO;
(15) Romarm rifle, model WASR 10-63, serial number SMB-0905-85RO;
(16) Sig Sauer pistol, model P226, 9mm, serial number UU601387;
(17) Taurus revolver, model 85 Ultralite, .38 caliber, serial number AR49541;
(18) Smith & Wesson revolver, model 60LS, .357, serial number CHZ4181;
(19) Heritage revolver, model Rough Rider, .17 caliber, serial number J15184;
(20) Heritage revolver, model Rough Rider, .17 caliber, serial number J15185;
(21) Tarus Revolver, model .22 LR Tracker, serial number WH147199;
(22) Springfield Armory pistol, model XD45, .45 caliber, serial number US743213;
(23) Ruger pistol, model P90, .45 caliber, serial number 661-94710;
(24) Radom pistol, model P-64, 9mm, serial number AW02523; and
(25) Leinad pistol, model 22LR, .22 caliber, serial number W01079.

2.  The United States Attorney is directed to commence the ancillary proceeding required by Title 21, United States Code, Section 853(n), by submitting to the United States Marshal and/or the Department of the Treasury for publication, the proper notice

issued by the Clerk, and the United States Marshal and/or the Department of the Treasury shall cause such notice to be published once a week for three consecutive weeks in the **Clarion Ledger**, a newspaper published in Hinds County, Mississippi and/or on an official government internet forfeiture website (www.forfeiture.gov).

3. Further, pending completion of the said ancillary proceeding or further order of the Court, the Marshal or any other federal law enforcement agency is directed to forthwith take and/or maintain possession of the above-described property.

4. By signing this document the defendant **Drexler Johnson** acknowledges that the findings made herein are correct and that he is in agreement therewith and with the adjudications made hereby.

SO ORDERED AND ADJUDGED this 17th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Erin O. Chalk
Assistant U.S. Attorney

_____
Drexler Johnson, Defendant

_____
SHERRY S. DEAKLE, ESQ.
Attorney for Drexler Johnson